# 728 CASES REPORTED WITH BRIEF SYLLABI.

granted. Case set down for Thursday, April 14, 1927. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JAMES S. RAINEY, Respondent, v. OVERSEAS SHIPPING Co., INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Thursday, April 14, 1927, for which date the case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

REDONDO STEAMSHIP COMPANY, INC., Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY, Respondent, and Others, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

REDONDO STEAMSHIP COMPANY, INC., Respondent, v. IRVING BANK-COLUMBIA TRUST COMPANY and Another, Defendants. KERR STEAMSHIP COMPANY, INC., and BENJAMIN HARRIS, as Receiver of FRANK AUDITORE, Appellants.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

REVILLON FRÈRES, Suing in Behalf of Itself and All Other Creditors of RUDOLPH REICHELT, INC., and WHITNEY N. SEYMOUR, Trustee in Bankruptcy, etc., Respondents, v. RUDOLPH REICHELT, Appellant. MARTHA REICHELT, Defendant. REVILLON FRÈRES, Suing in Behalf of Itself and All Other Creditors of RUDOLPH REICHELT, INC., and WHITNEY N. SEYMOUR, Trustee in Bankruptcy, etc., Respondents, v. RUDOLPH REICHELT, Defendant. MARTHA REICHELT, Appellant.— Motion to resettle orders so as to provide for leave to answer complaint within ten days, granted, upon payment of costs of appeal by appellants. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ. Settle order on notice.

JOSEPH E. RIVLIN, Respondent, v. BARNETT GOLDSTEIN, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

REBECCA SEGAR, Respondent, v. JOE STRAUCHLER and SAM ZIMMERMAN, Appellants.— Motion for reargument of motion for leave to appeal to the Court of Appeals granted; and upon such reargument motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ. Settle order on notice.

REBECCA SEGAR, Respondent, v. JOE STRAUCHLER and SAM ZIMMERMAN, Appellants.— Motion for stay of argument of appeal pending decision of the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

REBECCA SEGAR, Respondent, v. JOE STRAUCHLER and SAM ZIMMERMAN, Appellants.— Motion to add case to the April term calendar denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

COURTLAND SMITH, Respondent, v. MOSES L. ANNENBERG, HARRY A. BRAELOW, JOSEPH D. BABBON and HERBERT KRANCER, Appellants.— Motion for leave to